ACCEPTED
03-14-00470-CV
3622782
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/30/2014 6:08:44 PM
JEFFREY D. KYLE
CLERK

# No. 03-14-00470-CV

Tr Ct No. C-1-CV-13-008449

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/30/2014 6:08:44 PM
JEFFREY D. KYLE
Clerk

### IN THE COURT OF APPEALS
### FOR THE THIRD DISTRICT OF TEXAS

**Jose G. Chavez,** *appellant*

**v.**

**Juan Francisco Martinez,** *appellee*

---

### NOTICE OF DESIGNATION OF ADDITIONAL
### AND LEAD COUNSEL

---

TO THE THIRD COURT OF APPEALS:

Appellee, Juan Francisco Martinez, files this notice of designation of additional counsel pursuant to Rule 6.1(c) of the Texas Rule of Appellate Procedure. Timothy A. Hootman will be lead counsel on appeal.

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman, SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548
713.583.9523 (f)
E-mail: thootman2000@yahoo.com

/s/Bill Malone, Jr.
Bill Malone, Jr., SBN 12877500
8650 Spicewood Springs, No 145-598
Austin, TX 78759
512.346.9600

ATTORNEYS FOR APPELLEE

1

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure, I have served the forgoing document upon the following attorneys by personal mail, commercial delivery service, fax, or electronic service:

Jose G. Chavez, pro se
11520 Sweet Basil CT
Austin, TX 78726

Dated: December 30, 2014.

/s/Timothy A. Hootman
Timothy A. Hootman